# EXHIBIT 1

| VICTIM | Loss Amount |
|---|---:|
| AW | 25000 |
| AT | 20000 |
| AK | 40000 |
| AJ | 510750 |
| AK | 130000 |
| AA | 20000 |
| AR | 20000 |
| AB | 130000 |
| AA | 27000 |
| AA | 25000 |
| AK | 290122 |
| BK | 54860 |
| BT | 25000 |
| BO | 6500 |
| BC | 51000 |
| BL | 34000 |
| BS | 30000 |
| BQ | 30000 |
| BC | 80000 |
| BE | 28000 |
| BG | 32000 |
| CA | 20000 |
| CM | 93000 |
| CY | 20000 |
| CD | 29975 |
| CG | 20000 |
| CM | 50000 |
| CW | 114256 |
| CO | 9880 |
| CS | 78100 |
| DS | 10000 |
| DS | 30000 |
| DT | 250000 |
| DC | 310000 |
| EF | 70000 |
| ER | 19030 |
| FB | 2340000 |
| GC | 25000 |
| GR | 20000 |
| GS | 251000 |
| GX | 300000 |
| GY | 60000 |
| GS | 100000 |
| HG | 5000 |
| HX | 10000 |
| HL | 145000 |
| HL | 250000 |
| JH | 25000 |
| JB | 80000 |
| JS | 74346 |

| | |
|---|---:|
| JK | 89000 |
| JZ | 157800 |
| JL | 200000 |
| JM | 10000 |
| JE | 197000 |
| JD | 30000 |
| JS | 113964 |
| JM | 70000 |
| JS | 41850 |
| JL | 14100 |
| JW | 200000 |
| JS | 43735 |
| JB | 20000 |
| JG | 23000 |
| JC | 28000 |
| JL | 98500 |
| JT | 15000 |
| JJ | 13000 |
| JL | 80000 |
| JC | 30000 |
| JF | 80000 |
| KY | 190000 |
| KR | 140000 |
| KS | 40000 |
| KS | 48716 |
| KK | 245000 |
| KB | 1500 |
| KR | 20000 |
| KF | 30420 |
| KC | 145000 |
| KC | 170000 |
| KM | 500000 |
| KD | 27011.85 |
| LC | 360000 |
| LJ | 60000 |
| LC | 23560 |
| LC | 100000 |
| LW | 20000 |
| LG | 110000 |
| LZ | 10000 |
| LY | 100000 |
| LS | 50000 |
| LD | 30000 |
| LC | 65200 |
| LW | 100000 |
| LA | 26900 |
| LM | 40000 |
| MD | 20000 |
| MG | 50000 |
| MV | 10005 |
| MH | 20000 |

| | |
|---|---:|
| MC | 31000 |
| MW | 3000 |
| MW | 129000 |
| MH | 53622 |
| MY | 60500 |
| MK | 370000 |
| MK | 370000 |
| MW | 20000 |
| MW | 35000 |
| MC | 319264.61 |
| MF | 97000 |
| MK | 70000 |
| MK | 99000 |
| MH | 75500 |
| MP | 9900 |
| MH | 272861 |
| MH | 20000 |
| NK | 30050 |
| OS | 25000 |
| OP | 108,000 |
| OT | 83000 |
| PB | 44520 |
| PP | 1030279.05 |
| PG | 59750 |
| PB | 100000 |
| QZ | 177000 |
| QR | 12000 |
| QT | 222000 |
| RK | 130000 |
| RP | 55759.83 |
| RW | 30000 |
| RA | 92680 |
| RB | 34600 |
| RM | 70000 |
| RH | 100000 |
| RA | 100000 |
| RW | 20000 |
| SM | 5000 |
| ST | 85000 |
| SW | 60000 |
| SR | 10000 |
| SZ | 30000 |
| SG | 90000 |
| SV | 60000 |
| SM | 14039.68 |
| SG | 100000 |
| SW | 58000 |
| TN | 159000 |
| TW | 670000 |
| TB | 48525.02 |
| TC | 765100 |

| | |
|---|---:|
| TR | 230000 |
| TJ | 32076.6 |
| TJ | 85000 |
| TK | 100000 |
| TW | 99800 |
| UV | 144585.8 |
| VL | 62000 |
| WC | 119000 |
| WC | 215000 |
| WS | 361000 |
| WP | 86000 |
| WB | 690000 |
| XC | 21000 |
| XZ | 130593 |
| XY | 110000 |
| YL | 100000 |
| YY | 159000 |
| YR | 159000 |
| YD | 85060 |
| YH | 570095 |
| YH | 5,616,000 |
| ZW | 250,000 |
| TOTAL | 26,867,242 |